UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.:   25-16032 |
| Demetrius Terrell Johnson, Sr. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David H. DeCelles |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 31, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

Honorable David H. DeCelles

United States Bankruptcy Judge

Dated:  March 27, 2026

United States Bankruptcy Court

Northern District of Illinois

In re:

Demetrius Terrell Johnson, Sr.

  Debtor

Case No. 25-16032-DHD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3

Date Rcvd: Mar 30, 2026      Form ID: pdf003      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Demetrius Terrell Johnson, Sr., 4949 W. Saint Paul Ave, Chicago, IL 60639-4535 |
| 31693140 | + | CEP America Illinois LLP, Wakefield and Associates, PO Box 58, Fort Morgan, CO 80701-0058 |
| 31693143 | + | City of Chicago, Dept of Water Management, 333 S. State Street, Ste 410, Chicago, IL 60604-3971 |
| 31789204 | + | Federal Home Loan Mortgage Corporation, as Trustee, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 31695303 | + | Maribel Martinez, 4949 W. St. Paul Ave,, Unit 1, Chicago, IL 60639-4535 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 31697599 | | Email/Text: bnc@atlasacq.com | Mar 30 2026 22:39:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 31693133 | | Email/Text: bnc@atlasacq.com | Mar 30 2026 22:39:00 | Atlas Acquisitions LLC, on Behlaf of UHG I LLC, 492C Cedar Ln, Ste 442, Teaneck, NJ 07666 |
| 31772992 | | Email/Text: bnc@atlasacq.com | Mar 30 2026 22:39:00 | Atlas Acquisitions LLC (Credit One Bank, N.A.), on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 31693134 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 30 2026 22:39:00 | Bank of America N.A., P.O. Box 673033, Dallas, TX 75267-3033 |
| 31693137 | ^ | MEBN | Mar 30 2026 22:37:17 | CACI, Attn: Bankruptcy, 500 Northwest Plaza, Florissant, MO 63074 |
| 31693136 | + | Email/Text: EDI@CACIONLINE.NET | Mar 30 2026 22:40:00 | CACI, 12855 Tesson Ferry Road, St. Louis, MO 63128-2911 |
| 31693141 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 30 2026 22:40:00 | City of Chicago, 121 N Lasalle St, Room 107A, Chicago, IL 60602 |
| 31693144 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 30 2026 22:40:00 | City of Chicago, Corp Counsel, 121 N LaSalle St Ste 600, Chicago, IL 60602 |
| 31693142 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 30 2026 22:40:00 | City of Chicago, Corp Counsel Mark A. Flessner, 121 N LaSalle St Ste 600, Chicago, IL 60602 |
| 31698232 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 30 2026 22:40:00 | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 31693145 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 30 2026 22:40:00 | City of Chicago Dept of Finance, Utility Billing & Customer Service, 121 N LaSalle St Suite 400, Chicago, IL 60602 |
| 31713889 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Mar 30 2026 22:40:00 | City of Chicago Dept. of Administrative Hearing, Chicago Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 31693135 | | Email/Text: BNCNotice-Forward@cityofchicago.org | | |

District/off: 0752-1                     User: admin                                    Page 2 of 3
Date Rcvd: Mar 30, 2026                  Form ID: pdf003                                 Total Noticed: 43

Mar 30 2026 22:40:00   Brandon Johnson, or Current Mayor - City of Chicago, 121 N. LaSalle Street, 4th Floor, Chicago, IL 60602

31693139   + Email/PDF: AIS.cocard.ebn@aisinfo.com
Mar 30 2026 22:49:17   Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

31693138   + Email/PDF: ebn_ais@aisinfo.com
Mar 30 2026 22:49:20   Capital One, by AIS InfoSource LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

31709323   + Email/PDF: ebn_ais@aisinfo.com
Mar 30 2026 22:49:20   Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

31693146   + Email/Text: comedbankruptcygroup@exeloncorp.com
Mar 30 2026 22:41:00   ComEd, Bankruptcy Department, 1919 Swift Drive, Oak Brook Terrace, IL 60523-1502

31785508   + Email/Text: comedbankruptcygroup@exeloncorp.com
Mar 30 2026 22:41:00   Commonwealth Edison Company, ComEd Bankruptcy Department, 1919 SWIFT DRIVE, OAKBROOK, IL 60523-1502

31693148   + Email/PDF: creditonebknotifications@resurgent.com
Mar 30 2026 22:49:20   Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273

31693147   + Email/PDF: creditonebknotifications@resurgent.com
Mar 30 2026 22:48:59   Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872

31709648   + Email/Text: RASEBN@raslg.com
Mar 30 2026 22:39:00   Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001

31693150   + Email/Text: Atlanticus@ebn.phinsolutions.com
Mar 30 2026 22:39:00   Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555

31693149   + Email/Text: Atlanticus@ebn.phinsolutions.com
Mar 30 2026 22:39:00   Fortiva, Po Box 105555, Atlanta, GA 30348-5555

31693132     Email/Text: HHEBN@harriscollect.com
Mar 30 2026 22:40:00   Arnold Scott Harris P.C., 111 W Jackson Suite 600, Chicago, IL 60604

31693151     Email/PDF: resurgentbknotifications@resurgent.com
Mar 30 2026 22:49:04   LVNV funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587

31693152     Email/Text: PGLNSGBankruptcy@wecenergygroup.com
Mar 30 2026 22:39:00   Peoples Gas Light & Coke Company, 200 E Randolph St, Chicago, IL 60601

31693153     Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
Mar 30 2026 22:49:01   Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541

31779690   + Email/Text: JCAP_BNC_Notices@jcap.com
Mar 30 2026 22:41:00   Premier Bankcard, Jefferson Capital Systems, LLC Assignee, PO Box 7999, Saint Cloud, MN 56302-7999

31693154     Email/Text: bnc-quantum@quantum3group.com
Mar 30 2026 22:40:00   Quantum 3 Group LLC as Agent for, CF Medical LLC, P.O. Box 788, Kirkland, WA 98083-0788

31693157     Email/Text: bankruptcy@sunbit.com
Mar 30 2026 22:39:00   Sunbit Financial, 10940 Wilshire Blvd, Los Angeles, CA 90024

31693158     Email/Text: bankruptcy@sunbit.com
Mar 30 2026 22:39:00   Sunbit Financial, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024

31693155   + Email/Text: bkteam@selenefinance.com
Mar 30 2026 22:40:00   Selene Finance, Po Box 8619, Philadelphia, PA 19101-8619

31693156   + Email/Text: bkteam@selenefinance.com
Mar 30 2026 22:40:00   Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619

31693159     Email/Text: bankruptcy.accounts@wakeassoc.com
Mar 30 2026 22:39:00   Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909

31693160     Email/Text: bankruptcy.accounts@wakeassoc.com
Mar 30 2026 22:39:00   Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909

31787336   + Email/Text: peritus@ebn.phinsolutions.com
Mar 30 2026 22:41:00   Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149

District/off: 0752-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 30, 2026 | Form ID: pdf003 | Total Noticed: 43

| 31693161 | ^ MEBN | | Mar 30 2026 22:35:21 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 31693162 | ^ MEBN | | Mar 30 2026 22:35:13 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31772055 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| David Freydin | on behalf of Debtor 1 Demetrius Terrell Johnson  Sr. david.freydin@freydinlaw.com, vincent@freydinlaw.com |
| Jaime Dowell | on behalf of Creditor City of Chicago jaime.dowell@cityofchicago.org |
| Marilyn O Marshall | courtdocs@chi13.com |
| Mehul D Desai | on behalf of Debtor 1 Demetrius Terrell Johnson  Sr. mehul@freydinlaw.com, sanddcourtnotice@gmail.com;DesaiMR41842@notify.bestcase.com |

TOTAL: 5